IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBIN YVETTE MURDOCK, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JFM-14-4043 |
| BWW LAW GROUP, et al., | * | |
| Defendants | * | |
| | *** | |

## ORDER

The above-captioned Complaint was filed on December 12, 2014, together with a Motion to Proceed in Forma Pauperis.[1] The Complaint concerns Plaintiff's allegation that foreclosure proceedings have been improperly initiated against Plaintiff's property by the named Defendants. ECF 1. The foreclosure proceeding is currently pending in the Circuit Court for Baltimore City. *See Ward v. Murdock,* Case Number 24013001741, Circuit Court for Baltimore City.[2] In light of the fact that a case is pending in another forum, this court cannot accept jurisdiction over the claims raised in the Complaint. *See Granberry v. Greer*, 481 U.S. 129, 134-35 (1987) (as a matter of comity federal courts will not intervene in a matter that the state courts have not had the opportunity to address). In addition, foreclosure actions brought under state law do not give rise to federal question subject-matter jurisdiction. *See McNeely v. Moab Tiara Cherokee Kituwah Nation Chief,* 2008 WL 4166328 (W.D. N.C 2008) (nothing in "simple foreclosure action of real property . . . suggests the presence of a federal question"). To the extent Plaintiff believes the claims asserted constitute a viable defense to the foreclosure action, they may be raised in the context of that case.

---

[1] The Complaint was originally filed in the United States District Court for the District of Columbia on August 25, 2014, and transferred to this court on December 12, 2014.

[2] *See* http://casesearch.courts.state.md.us/inquiry

Accordingly, it is this 5th day of January, 2015, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF 2) IS GRANTED;

3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

4. The Clerk SHALL CLOSE this case.

        /s/
J. Frederick Motz
United States District Judge